**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1749

KEITH BRUNDIGE,

Plaintiff - Appellant,

versus

POLICE OFFICER BASSETT; A. D. BROWN; G. A.
ADAM; PRINCE WILLIAM COUNTY POLICE DEPARTMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Claude M. Hilton, Senior
District Judge.  (1:06-cv-00112-CMH-LO)

Submitted: February 22, 2007          Decided:  February 27, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Brundige, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Brundige appeals the district court's order dismissing his complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brundige v. Bassett, No. 1:06-cv-112-CMH-LO (E.D. Va. filed Mar. 30, 2006; entered Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED